**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 269 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JEROME JOHNSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 270 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JEROME JOHNSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 271 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JEROME JOHNSON, | : | |
| | : | |
| Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA,     :  No. 272 EAL 2020
                                  :
                Respondent        :
                                  :
                                  :  Petition for Allowance of Appeal
                                  :  from the Order of the Superior Court
            v.                    :
                                  :
                                  :
JEROME JOHNSON,                   :
                                  :
                Petitioner        :

# <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 18th day of November, 2020, the Petitions for Allowance of Appeal are **DENIED**.